UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| KIMBERLY D. CROSSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH COUNTRY FEDERAL CREDIT UNION; ROBERT MORGAN, CEO; MELISSA JEWETT | ) | Case No. 5:21-cv-68 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SOLL; SOCIAL SECURITY ADMINISTRATION | ) | Case No. 5:21-cv-71 |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF BRIGHTON ISLAND POND; JOEL T. COPE; MICHAEL STRAIT; JEFFREY NOYES | ) | Case No. 5:21-cv-72 |
| | ) | |
| v. | ) | |
| | ) | |
| T.J. DONOVAN | ) | Case No. 5:21-cv-76 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT MCKENNA; HUGH O'DONNELL; SEAN BRENNAN; MATTHEW BIRMINGHAM | ) | Case No. 5:21-cv-77 |
| | ) | |
| v. | ) | |
| | ) | |
| MARY HARE; JEFFREY HARE | ) | Case No. 5:21-cv-78 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HARRINGTON | ) | Case No. 5:21-cv-79 |
| | ) | |
| v. | ) | |

| | |
|---|---|
| VERMONT LEGAL AIDE; KELLI KAZMARKI; JESSICA RADFORD | Case No. 5:21-cv-80 |
| v. | |
| VERMONT STATE POLICE; AMY BOSARE; JASON LATERNEAU | Case No. 5:21-cv-81 |
| v. | |
| KATHRYN PIPER; PIPER LAW FIRM | Case No. 5:21-cv-82 |
| v. | |
| T.J. DONOVAN; NORTHEAST KINGDOM HUMAN SERVICES MENTAL HEALTH; DEVIL; PHIL SCOTT; VERMONT STATE REPS | Case No. 5:21-cv-88 |
| v. | |
| WINDHAM COUNTY PROBATE COURT; T.J. DONOVAN; RAYMOND MASSUCCO; STEVEN ANKUDA | Case No. 5:21-cv-89 |
| v. | |
| VERMONT DEPARTMENT OF CHILDREN AND FAMILY SERVICES; COMMISSIONER OF ADULT PROTECTIVES; DEVIL; T.J. DONOVAN; PHIL SCOTT; VERMONT STATE REPS, | Case No. 5:21-cv-90 |
| v. | |
| TOWN OF BELLOWS FALLS; SCOTT PICKUP; SINETTE; DAVID BEMIS; RAYMOND MASSUCCO; STEVEN ANKUDA; T.J. DONOVAN; PHIL SCOTT; STATE REPS; BRATTLEBORO VERMONT PROBATE COURT; BRATTLEBORO VERMONT PROBATE COURT JUDGE; BRATTLEBORO VERMONT PROBATE COURT ADMIN, | Case No. 5:21-cv-91 |
| v. | |

| | |
|---|---|
| ADAM DIONNE ) | Case No. 5:21-cv-92 |
| ) | |
| v. ) | |
| ) | |
| KEVIN J. BICKFORD; DEVIL, ) | Case No. 5:21-cv-93 |
| ) | |
| v. ) | |
| ) | |
| VERMONT DEPARTMENT OF LABOR; ) | Case No. 5:21-cv-94 |
| ERIC HARRINGTON; MICHELE ) | |
| BROWN; ROGER V.; T.J. DONOVAN; ) | |
| PHIL SCOTT; BERNIE SANDERS; GAIL ) | |
| IRELAND; PATRICK LEAHY; PETER ) | |
| WELCH; DEVIL; DIRK ANDERSON; ) | |
| STATE REPS; GOVERNMENT ) | |
| OFFICIALS, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE; ) | Case No. 5:21-cv-97 |
| STEVE WRIGHT; AARON WHITCOMB, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

Kimberly Crosson has filed multiple lawsuits in this court in which she represents herself. In 2021 alone, she filed eighteen cases. She frequently contacts the clerk's office by telephone to seek information about her cases and court procedures. The court has recently learned that she records these conversations and posts the recordings to YouTube.

Recording telephone conversations with court staff without permission and publishing these conversations on the internet is inappropriate conduct. It is not illegal under federal or Vermont law to record a conversation so long as one participant (here, Ms. Crosson) consents. As a matter of court policy, however, the court protects its staff from recording and publication of phone calls. Recording and publication may unfairly expose a staff member to online harassment or other misconduct. The court is a public forum and court filings and proceedings are open to all with few exceptions. But calling a staff member seeking an explanation or answer

3

to a question which becomes public can place the staff member in an unfair position of appearing to provide a public comment on a pending case.

The court has scheduled a hearing for July 6, 2021, at 2;00 p.m. to provide Ms. Crosson with an opportunity to explain her reason(s) for the publication. In particular, the court will ask her to show cause why she should not be limited to contact with the court by mail, email, in-person visits to the court's public counters, or electronic filing. Ms. Crosson shall appear for the hearing in person. If she does not appear, the court will enter an order limiting her contact with court personnel to mail, email, and in person or electronic filing.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 29th day of June 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court